JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARY GARZON,

Plaintiff,

v.

RRI Inc. AKA RAWLINS AND RIVIERA INC.,

Defendant.

NO. CV 09-02558 SJO (FFMx)

**ORDER ENTERING FINAL JUDGMENT IN FAVOR OF PLAINTIFF MARY GARZON**
[Docket No. 21]

Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters a Final Judgment in favor of Plaintiff Mary Garzon as to all claims brought by Plaintiff against Defendant RRI Inc. aka Rawlins Riviera Inc . Accordingly, the Court ORDERS, ADJUDGES AND DECREES as follows:

1. Defendant failed to plead or otherwise defend this action, and therefore on August 25, 2009, the Clerk of the Court entered default against Defendant.
2. Default judgment shall be entered against Defendant and in favor of Plaintiff.
3. The Court awards Plaintiff total statutory damages of $2,000.
4. The Court awards Plaintiff attorney's fees in the sum of $400.
5. The Court awards Plaintiff filing fees in the sum of $350.

6. The Court awards Plaintiff anticipated collection costs in the sum of $500.

Accordingly, it is hereby ordered that judgment is entered in favor of Plaintiff Mary Garzon and against Defendant RRI Inc. aka Rawlins and Riviera Inc.

IT IS SO ORDERED.

Dated: October 21, 2009

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE